

# Fourth Court of Appeals
## San Antonio, Texas

September 26, 2018

No. 04-18-00355-CV

**IN THE ESTATE OF MARY JANE HARGROVE, DECEASED**,

From the County Court at Law, Val Verde County, Texas
Trial Court No. 6430
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by September 21, 2018. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court